UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THOMAS RHODE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO: |
| | ) |
| UNITED STATES POSTAL SERVICE | ) |
| and UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendants. | ) |

## COMPLAINT

Comes now the Plaintiff, Thomas Rhode ("Rhode"), by counsel, and for his Complaint against Defendants United States Postal Service ("USPS") and the United States of America ("USA"), states as follows:

## JURISDICTION AND VENUE

1. As more fully explained below, this is a tort claim against Defendants USPS and the USA, pursuant to 28 U.S.C. §2674. This court properly has jurisdiction over the subject matter of Plaintiff's claims under 28 U.S.C. §1346(b)(1).

2. This Court has personal jurisdiction over Defendants USPS and the USA because they are present and regularly conduct business in Tippecanoe County, Indiana.

3. Venue is proper because the events or omissions giving rise to the claim asserted occurred within this judicial district.

4. Plaintiff complied with the requirements of the Federal Tort Claims Act and related regulations by timely submitting a Federal Tort Claim Notice on Standard Form 95 on May 7, 2019.

5.	Despite numerous requests, the United States Postal Service has taken no action in approving or declining Plaintiff's claim as of this date.

6.	Plaintiff now timely files his Complaint.

7.	Plaintiff has satisfied all jurisdictional prerequisites to filing this Complaint.

## PARTIES

8.	Plaintiff Thomas Rhode is a resident of Clinton County, Indiana.

9.	Defendant USPS is an agency of the USA, organized and existing pursuant to 39 U.S.C. §401, et seq.

10.	Under federal law, Defendant USPS is the agency responsible for delivering the United States Mail.

11.	Because the USPS is a federal agency of the USA, pursuant to 28 U.S.C. §2679, the USA is a proper Defendant in this case.

## FACTS

12.	On or about October 3, 2017, Rhode was the driver of a motor vehicle eastbound on State Road 38 in Tippecanoe County, Indiana.

13.	On or about October 3, 2017, Shavonn A. Kimbrough, while in the course and scope of employment with the USPS, performed an illegal U-Turn, and ran into the side of the vehicle driven by Rhode.

## LEGAL ALLEGATIONS

14.	The actions of Shavonn A. Kimbrough, while in the course and scope of employment with the USPS, were negligent and further were in violation of state statutes constituting negligence per se.

15.     As a result of the negligence of Shavonn A. Kimbrough, while in the course and scope of employment with the USPS, Thomas Rhode has been caused to suffer physical injuries, has incurred and will continue to incur medical expenses, has endured pain, suffering, emotional distress, and other compensable damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Thomas Rhode, by counsel, respectfully requests that this court find for him and enter judgment in his favor in an amount to be proven at trial and for all other relief proper in the premises

Respectfully submitted,

HOVDE DASSOW + DEETS, LLC

By:  */s/ Nicholas C. Deets*
     Nicholas C. Deets, #17293-53
     *Attorney for Plaintiff*

HOVDE DASSOW + DEETS, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, Indiana 46290
317.818.3100 (telephone)
317.818.3111 (facsimile)
ndeets@hovdelaw.com

## **DEMAND FOR JURY TRIAL**

Plaintiff, by counsel, requests trial by jury on all issues deemed so triable.

Respectfully submitted,

HOVDE DASSOW + DEETS, LLC

By: */s/ Nicholas C. Deets*
 Nicholas C. Deets, #17293-53
 *Attorney for Plaintiff*

HOVDE DASSOW + DEETS, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, Indiana 46290
317.818.3100 (telephone)
317.818.3111 (facsimile)
ndeets@hovdelaw.com